UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

   Shaheen C. Dailey                      Case No. 12-32196-KRH

Debtor                                         Chapter 13

   509 South Dillard St.

   Blackstone, VA 23824

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 1075

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that she is entitled to receive as supplemental compensation the amount of $400.00 in connection with the filing of a post-confirmation modified plan on 01/11/2013 pursuant to the trustee's motion to dismiss on 12/10/2012. There being no objection filed to the application for compensation in this matter to date in the amount of $400.00 and that the Chapter 13 trustee, Carl M. Bates, is authorized to pay an additional $400.00 to Linda D. Jennings, from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT
Nov 4 2013
By   /s/ Kevin R Huennekens
Judge

Notice of Order Entered on Docket
Nov 5, 2013

I ask for this:
/s/ Linda D. Jennings
Linda D. Jennings, VSB# 19455, Counsel for Debtor
2312 Boulevard
Colonial Heights, VS 23834
Tel. 804-520-2428
Fax: 804-318-3806

Seen and agreed

/s/ Carl M. Bates
Carl M. Bates

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Linda D. Jennings<br>Linda D. Jennings

Please send a copy of this Order to:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819


Shaheen C. Dailey
Debtor
509 South Dillard St.
Blackstone, VA 23824